SO ORDERED.

Dated: June 26, 2020

*signature*

**Eddward P. Ballinger Jr., Bankruptcy Judge**
_____

RUSSELL BROWN, TRUSTEE
Rachel Flinn #027000
Attorney for Chapter 13 Trustee
3838 North Central Ave., Suite 800
Phoenix, Arizona 85012-1965
(602) 277-8996 x320
*bkahlstorf@ch13bk.com*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>**Zoe Psyche Innes**,<br><br>Debtor(s). | Chapter 13<br><br>Case No. **2:19-bk-05482-EPB**<br><br>**ORDER GRANTING TRUSTEE'S MOTION TO ALLOW PAYMENT OF UNCLAIMED FUNDS TO COURT** |

The Court, having reviewed the Trustee's Motion to Allow Payment of Unclaimed Funds and there being sufficient cause for granting it,

IT IS ORDERED granting the Trustee's Motion and allowing the Trustee to pay the Clerk of the Court **$168.28** to be deposited as provided in 11 U.S.C. § 347(a).

**ORDER SIGNED ABOVE**